IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD R. HESS,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of
Social Security,

    Defendant.

Case No. 3:19-cv-805

Magistrate Judge Crocker

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an ALJ will reevaluate the medical opinions of psychological functioning and explain how the RFC finding accounts for those opinions. The ALJ will also reevaluate how the RFC finding accounts for Claimant's mental limitations. The

ALJ will take further action to complete the administrative record resolving the above issues, obtain additional Vocational Expert testimony if necessary, and issue a new decision.

SO ORDERED this 26TH day of FEBRUARY, 2020.

_____
Honorable Stephen Crocker
United States Magistrate Judge